CLERK'S OFFICE
A TRUE COPY
Sep 26, 2025
s/ MMK
Deputy Clerk, U.S. District Court
Eastern District of Wisconsin

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Wisconsin

| | |
|---|---|
| United States of America <br> v. <br> Maximiliano Marco RAMIREZ-MERCADO <br> (xx/xx/1990) <br><br> *Defendant(s)* | Case No. 25 MJ 174 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **September 10, 2025** in the county of **Milwaukee** in the **Eastern** District of **Wisconsin**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 8, United States Code, Sections 1326(a) and (b)(1) | Reentry of removed alien |

This criminal complaint is based on these facts:

Please see attached affidavit.

☑ Continued on the attached sheet.

*Complainant's signature*

GARY M ROY
Digitally signed by GARY M ROY
Date: 2025.09.25 23:14:42 -05'00'

SA Gary Roy, HSI
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: 09/26/2025

*Judge's signature*

City and state: Milwaukee, Wisconsin

Honorable William E. Duffin, U.S. Magistrate Judge
*Printed name and title*

# AFFIDAVIT

I, Gary Roy, first being duly sworn under oath, hereby depose and state as follows:

1. I am a Special Agent with the United States Department of Homeland Security (DHS), Homeland Security Investigations (HSI) and have been so employed since approximately February of 2018. Prior to being a Special Agent, I was employed with the United States Border Patrol (USBP) as a Patrol Agent (PA). To date, I have over 17 years of law enforcement experience. My current job responsibilities include, but are not limited to, investigation of federal criminal laws involving immigration violations. In the past, I have been assigned to immigration groups that investigate human trafficking, document and benefit fraud, and counter terrorism and criminal exploitation. I have received formal training from the Federal Law Enforcement Training Center, as well as training through contact with experts from various law enforcement agencies.

2. The purpose of this affidavit is to establish probable cause that Maximiliano Marco RAMIREZ-Mercado ("RAMIREZ") (DOB: XX-XX-1990) has committed a violation of 8 U.S.C. § 1326(a) (Re-Entry of Removed Aliens). The facts in this affidavit are known to me through my personal knowledge, training, experience, and through information provided to me by other law enforcement officers in the course of their official duties, whom I consider truthful and reliable. This affidavit is intended to show merely that there is sufficient probable cause for the complaint and does not set forth all of my knowledge about this matter.

## RELEVANT SECTIONS OF LAW

3. As it pertains to this investigation, Title 8, United States Code, Section 1326(a) states in part: "any alien who—has been denied admission, excluded, deported, or removed or has departed the United States while an order of exclusion, deportation, or removal is outstanding, and thereafter enters, attempts to enter, or is at any time found in, the United States, unless (A) prior

to his re-embarkation at a place outside the United States…the Attorney General has expressly consented to such alien's reapplying for admission…shall be fined under Title 18, or imprisoned not more than 2 years, or both."

4. As it pertains to this investigation, Title 8, United States Code, Section 1326(b)(1) states in part: Notwithstanding subsection (a), in the case of any alien described in such subsection— whose removal was subsequent to a conviction for commission of three or more misdemeanors involving drugs, crimes against the person, or both, or a felony (other than an aggravated felony), such alien shall be fined under title 18, imprisoned not more than 10 years, or both.

## **PROBABLE CAUSE**

5. On or about September 4, 2025, the Elkhorn Police Department (PD) contacted Homeland Security Investigations (HSI) Special Agents (SAs) regarding a report by an employee (the witness) of US Packaging LLC, located at 401 E Morrissey Dr, Elkhorn, WI 53121. In summary, the witness, who was a victim of a crime perpetrated by RAMIREZ, reported RAMIREZ recently started working at US Packaging LLC. The employee reported feeling threatened by being in proximity to RAMIREZ, who had previously been ordered to have no contact with the witness. As RAMIREZ is known to law enforcement to be a citizen and national of Mexico, the Elkhorn PD requested HSI's assistance and provided RAMIREZ's biographical information.

6. Specifically, the Elkhorn PD provided HSI SAs the criminal history and booking information of RAMIREZ. The booking information included RAMIREZs' fingerprints and photographs, which had been electronically submitted to federal databases including the Integrated Automated Fingerprint Identification System (IAFIS) and the Automated Biometric Identification System (IDENT). After RAMIREZ's fingerprints were submitted to Department of Justice

databases, they were electronically matched to an FBI number and are now associated with RAMIREZ's criminal history and Alien Registration number.

7. Your Affiant received a copy of the booking photograph from RAMIREZ by the Elkhorn PD as well as a photograph from an offender database. Your Affiant compared these photographs to the multiple photographs taken at the time of RAMIREZ's previous arrests by various Department of Homeland Security agencies since May 2011. The person depicted in all the photographs appears to be the same individual, i.e., RAMIREZ.

8. I reviewed documents from the Alien Registration File A# XXX XXX 496, which is the A-File # assigned to RAMIREZ. Documents within the A-File indicate that an FBI number has been assigned to RAMIREZ as a result of his previous arrests by federal, state, and local law enforcement agencies. Documents within the A-File indicate the following information:

   a. On or about January 1, 2011, RAMIREZ, was arrested by the Harvard Police Department and charged with a violation of Illinois state statute 625 ILCS 5.0/3-707 IL – Operating Uninsured Motor Vehicle. RAMIREZ was convicted and sentenced to one hundred (100) days supervision and a fine.

   b. On or about February 24, 2011, RAMIREZ was arrested by the Huntley Police Department and charged with a violation of Illinois state statute 625 ILCS 5.0/6-101 – Driving/No License/Canc/Sex Offense. RAMIREZ was convicted of the charge and sentenced to six (6) months conditional discharge and a fine.

   c. On or about May 15, 2011, RAMIREZ was arrested by the McHenry County Sheriff's Office and charged with a violation of Illinois state statute 720 ILCS 5.0/16-1-A-1-A IL – Larceny. RAMIREZ was convicted of the misdemeanor

charge and sentenced to 2 years special condition discharge, public service, and a fine.

d. On or about August 1, 2013, RAMIREZ was arrested by the Harvard Police Department and charged with a violation of Illinois state statute 720 ILCS 5.0/11-1. 40-A-1 IL – Predatory Criminal Sexual Assault/Victim under 13. RAMIREZ was convicted of this felony offense and sentenced to seven (7) years prison.

e. On or about October 4, 2016, RAMIREZ was ordered removed from the United States to Mexico by an Immigration Judge in Chicago, IL.

f. On or about July 26, 2019, RAMIREZ was removed from the United States to Mexico via afoot from the Brownsville, Texas Port of Entry. RAMIREZ's removal from the United States to Mexico was witnessed and/or verified by a federal immigration officer.

g. On or about March 15, 2020, the Illinois Department of Corrections issued a felony arrest warrant for RAMIREZ, charging him with a parole violation stemming from his felony conviction of sexual assault with a victim under 13. The warrant lists multiple cautionary warnings, detailing RAMIREZ as armed and dangerous and a sexually violent predator. As of the writing of this affidavit, the warrant is open and remains unserved.

9. On or about September 10, 2025, HSI SAs conducted surveillance at US Packaging LLC in Elkhorn, WI. During surveillance, SAs observed RAMIREZ pulling into the parking lot driving a Toyota Corolla bearing Illinois license plate FF 74774. SAs then observed RAMIREZ park the vehicle and enter the warehouse.

10. Records checks of federal databases indicate RAMIREZ has never applied for permission from the Attorney General or Secretary of the Department of Homeland Security to re-enter the United States after his prior order of removal.

11. Based on the foregoing, your Affiant submits there is probable cause to believe that on or about September 10, 2025, RAMIREZ violated Title 8, United States Code, Section 1326(a) and (b)(1).